**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ZIP Mailing Services, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **52-1333342** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **819 Brightseat Road**<br>**Landover, MD 20785**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Prince Georges**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **https://zipmailing.com/**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **ZIP Mailing Services, Inc.**                                      Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor   **ZIP Mailing Services, Inc.**                                      Case number (*if known*) _____
_____
        Name

**10.** **Are any bankruptcy cases**
   **pending or being filed by a**
   **business partner or an**
   **affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,       Debtor _____   Relationship _____
attach a separate list

                                       District _____ When _____   Case number, if known _____

**11.** **Why is the case filed in**
   **_this district?_**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**
   **have possession of any**
   **real property or personal**
   **property that needs**
   **immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of**          **.**   *Check one:*
   **available funds**

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**
   **creditors**

■ 1-49               ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15.** **Estimated Assets**

☐ $0 - $50,000                 ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000           ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000          ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000                 ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

---

Debtor    **ZIP Mailing Services, Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **ZIP Mailing Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 26, 2023**
MM / DD / YYYY

**X** **/s/ Darryl Jackson, Jr.**                                    **Darryl Jackson, Jr.**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Christopher L. Hamlin (chamlin@mhlawyers.com)**        Date **May 26, 2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**Christopher L. Hamlin (chamlin@mhlawyers.com) 04597**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone  **(301) 441-2420**         Email address   **chamlin@mhlawyers.com**

**04597 MD**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **ZIP Mailing Services, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 26, 2023**     X */s/ Darryl Jackson, Jr.*
                               Signature of individual signing on behalf of debtor

                               **Darryl Jackson, Jr.**
                               Printed name

                               **President**
                               Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **ZIP Mailing Services, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Breakout Capital, LLC 1451 Dolley Madison Avenue Suite 200 Mc Lean, VA 22101** | | | | $660,461.52 | $0.00 | $660,461.52 |
| **Eberle Associates, Inc. 1420 Spring Hill Road Mc Lean, VA 22102** | | | **Subject to Setoff** | | | $287,653.07 |
| **Everst Business Funding 5 West 37th Street Suite 1100 New York, NY 10018** | | | | $228,461.00 | $0.00 | $228,461.00 |
| **TGA Landover DC, LLC 10960 Grantchester Way Suite 540 Columbia, MD 21044** | | **Commercial Non-Residential Lease** | **Unliquidated Disputed** | | | $140,945.62 |
| **NewCo. Capital Group 90 Broad Street Suite 903 New York, NY 10004** | | **Asserts lien in accounts and personal property** | **Disputed** | $124,090.00 | $0.00 | $124,090.00 |
| **Ultra Funding, LLC 50 Merrick Road, Suite 203 Rockville Centre, NY 11570** | | | | $122,499.98 | $0.00 | $122,499.98 |

Debtor  **ZIP Mailing Services, Inc.**                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wheeler Financial-Pitney Bowes, Inc. Pakside Tower, 215 South State Street Suite 320 Salt Lake City, UT 84111** | | **Kirk-Rudy UV Phoenix Ricoh MANU00.0486 Printing and Label Manufacturing Equip** | | **$99,000.00** | **$0.00** | **$99,000.00** |
| **Headway Capital 175 W. Jackson Blvd Suite 1000 Chicago, IL 60604** | | **Line of Credit** | **Disputed** | | | **$70,162.92** |
| **Rapid Finance 4500 East West Highway, 6th Floor Bethesda, MD 20814** | | **Credit Line** | **Unliquidated Disputed** | | | **$58,335.87** |
| **Highland Capital Corporation 1 Passaic Avenue Fairfield, NJ 07004** | | **New Kirk Coin Machine** | | **$41,525.59** | **$0.00** | **$41,525.59** |
| **United Business Technoologies 9218 Gaither Road Gaithersburg, MD 20877** | | | | | | **$37,149.83** |
| **T-S Envelope, LLC 2001 Market Street Ashland, PA 17921** | | | | | | **$24,447.88** |
| **First Citizens Bank & Trust Co 10201 Centurion Parkway N, Suite 100 Jacksonville, FL 32256** | | **Xerox Machine** | **Unliquidated Disputed** | | | **$20,689.08** |
| **Bank of America 2995 Plaza Drive Oxon Hill, MD 20745** | | **Credit Card** | | | | **$19,524.71** |
| **BlueCrest - Pitney Bowes 37 Executive Drive Danbury, CT 06810** | | | | | | **$14,657.08** |
| **Canon Financial Services, Inc. 14904 Collections Center Drive Chicago, IL 60693** | | | | | | **$13,762.36** |

Debtor   **ZIP Mailing Services, Inc.**                                                  Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **MCS Services, Inc. 8101 Cessna Avenue Gaithersburg, MD 20879** | | | | | | **$10,775.44** |
| **Brink's Incorporated 555 Dividend Drive Coppell, TX 75019** | | | | | | **$7,925.59** |
| **US Electrical Services, Inc. 3355 V Street NE Washington, DC 20018** | | | | | | **$5,276.36** |
| **AMH Print Group, LLC P.O. Box 518 Mechanicsville, VA 23111** | | | | | | **$4,936.00** |

**Fill in this information to identify the case:**

Debtor name  **ZIP Mailing Services, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $      **269,986.99**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $      **269,986.99**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **1,296,552.92**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      **744,444.09**

4.  Total liabilities .........................................................................................................
Lines 2 + 3a + 3b

$      **2,040,997.01**

**Fill in this information to identify the case:**

Debtor name        **ZIP Mailing Services, Inc.**

United States Bankruptcy Court for the:        DISTRICT OF MARYLAND

Case number (if known)        _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank (xxxx8345)** | **Checking** | **8345** | $29,511.95 |
| 3.2. | **Wells Fargo Bank (xxxx3414)** | **Checking** | **3414** | $80.00 |
| 3.3. | **Bank of America (xxxx4460)** | **Checking** | **4460** | $2,009.00 |
| 3.4. | **Capital Bank (xxxx7006)** | **Checking** | **7006** | $27,968.00 |
| 3.5. | **Truist (xxxx9302)** | **Checking** | **9302** | $180.00 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $59,748.95 |
|---|

**Part 2:**          **Deposits and Prepayments**

Debtor   **ZIP Mailing Services, Inc.**                                    Case number *(If known)* _____
         Name

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
      **Guardian Fund II Center**
      **Lease at 819 Brightseat Road, Landover MD**
      7.1.  **Security Deposit:  $10,000**                                                **$10,532.00**

      **B & J International , Inc.**
      **Lease at 5014 46th Avenue, Hyattsville, MD 20871**
      7.2.  **Security Deposit:  $5,000**                                                 **$5,000.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          | **$15,532.00** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

      11a. 90 days old or less:        **76,311.09**  -        **13,000.00**  = ....        **$63,311.09**
                                       face amount             doubtful or uncollectible accounts

      11b. Over 90 days old:          **137,037.00**  -        **48,000.00**  = ....        **$89,037.00**
                                       face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                         | **$152,348.09** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor    **ZIP Mailing Services, Inc.**                          Case number *(If known)* _____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Computers; Printers; Desks; Chairs; Phone System; Office Supplies; Scanners; Bookshelves; File Cabinets; Stamp Machine; Safe;** | **$0.00** | **Liquidation** | **$1,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$1,500.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2020 Ford Transit Van** **Mileage: 46,000** | **$0.00** | **Comparable sale** | **$24,865.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Debtor    **ZIP Mailing Services, Inc.**                                        Case number *(If known)* _____
                 Name

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Commerical Printers; Inket Printers; Tabbing and Stamping; Forklifts; Pallet Jackets; Industrial Fans; Scales; Strapping Machine; Time Clock; Folders; Inserters; Workstation Tables; Pitney Bowes Meteres; Coin Machines; Book Machine; Twine Machine** | $0.00 | Liquidation | $15,000.00 |

| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | **$39,865.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

 ■ No.  Go to Part 10.
 ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ☐ No.  Go to Part 11.
 ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.zipmailing.com** | **Unknown** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
 ■ No
 ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor    **ZIP Mailing Services, Inc.**                                    Case number *(If known)* _____
           Name

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.    **Notes receivable**
        Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
        **Preference / Turnover Claim Against NewCo for Garnishment of Assets**                                            $992.95
        **Nature of claim**
        **Amount requested**                    $992.95

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                   $992.95
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **ZIP Mailing Services, Inc.**

Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $59,748.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,532.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $152,348.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $39,865.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $992.95 | |
| 91. **Total.** Add lines 80 through 90 for each column | $269,986.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $269,986.99 |

**Fill in this information to identify the case:**

Debtor name **ZIP Mailing Services, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Breakout Capital, LLC** | | | |
|---|---|---|---|---|

| **Breakout Capital, LLC** | Describe debtor's property that is subject to a lien | **$660,461.52** | **$0.00** |
|---|---|---|---|

Creditor's Name

**1451 Dolley Madison Avenue**
**Suite 200**
**Mc Lean, VA 22101**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**02/27/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Canon Financial Services, Inc.** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**All Cannon Equipment Subject to Lease, Rental or other Agreement b/w Debtor and Canon**

**158 Gaither Drive**
**Mount Laurel, NJ 08054**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/11/2020**

**Last 4 digits of account number**

Debtor  **ZIP Mailing Services, Inc.**
_____   Case number (if known) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **CIT Finance, LLC** | Describe debtor's property that is subject to a lien | Unknown | $1.00 |
|---|---|---|---|---|

Creditor's Name

**10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**C6010S - SN HZU00507
UCC States that it is a True Lease**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**7/10/2014**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **CIT Finance, LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Toshiba Copier; Canon Printer; Xerox Copier;
Versant 3100 Press Canon Copier**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**5/23/2018**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2576
Springfield, IL 62708**

**Describe debtor's property that is subject to a lien**
**Alleged Blanket Lien
Identity of Creditor Unknown**

---

Debtor    **ZIP Mailing Services, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**UCC-1 Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred**<br>**7/12/2022**<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

| 2.6 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien**<br>**Alleged Blanket Lien**<br>**Identity of Creditor Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/15/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.7 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien**<br>**Asserts Lien in Personal Property and Accounts**<br>**Identity of Creditor Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/19/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **ZIP Mailing Services, Inc.**
_____
Name

Case number _(if known)_  _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Everst Business Funding** | Describe debtor's property that is subject to a lien | $228,461.00 | $0.00 |

Creditor's Name

**5 West 37th Street
Suite 1100
New York, NY 10018**
Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**03/01/2023**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $20,514.83 | $24,865.00 |

Creditor's Name

**2020 Ford Transit Van
Mileage: 46,000**

**P.O. Box 650575
Dallas, TX 75265**
Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Highland Capital Corporation** | Describe debtor's property that is subject to a lien | $41,525.59 | $0.00 |

Creditor's Name

**New Kirk Coin Machine**

**1 Passaic Avenue
Fairfield, NJ 07004**
Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**

Is the creditor an insider or related party?
■ No

---

Debtor    **ZIP Mailing Services, Inc.**                                         Case number (if known) _____

Name

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**9/2021**                                          ■ No

**Last 4 digits of account number**                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**1168**

**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                   Check all that apply

■ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its relative             ☐ Disputed
priority.

---

| 2.1 1 | **NewCo. Capital Group** | **Describe debtor's property that is subject to a lien** | $124,090.00 | $0.00 |

Creditor's Name

**90 Broad Street**                 **Asserts lien in accounts and personal**
**Suite 903**                       **property**
**New York, NY 10004**

Creditor's mailing address

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known     ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**             ☐ No

**11/9/2022**                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply

■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative ■ Disputed
priority.

---

| 2.1 2 | **Ultra Funding, LLC** | **Describe debtor's property that is subject to a lien** | $122,499.98 | $0.00 |

Creditor's Name

**50 Merrick Road, Suite 203**
**Rockville Centre, NY 11570**

Creditor's mailing address                **Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known       ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**               ☐ No

**03/28/2023**                           ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply

■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| Debtor | ZIP Mailing Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.13 | Wheeler Financial-Pitney Bowes, Inc. | Describe debtor's property that is subject to a lien | $99,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Kirk-Rudy UV Phoenix Ricoh MANU00.0486 Printing and Label Manufacturing Equip** | | |

**Pakside Tower, 215 South State Street Suite 320 Salt Lake City, UT 84111**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**03/09/2022**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,296,552.92 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Liberty Capital Group, Inc.** **45 Carey Avenue, Suite 200** **Butler, NJ 07405** | Line  2.10 | |
| **Steven Zakharyayev** **10 W 37th Street, Room 602** **New York, NY 10018** | Line  2.12 | |

**Fill in this information to identify the case:**

Debtor name ___ZIP Mailing Services, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MARYLAND___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Comptroller of Maryland**
**Compliance Division**
**301 West Preston Street, Room 409**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

29742

Debtor    **ZIP Mailing Services, Inc.**                                              Case number *(if known)* _____
       Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.77 |
|---|---|---|---|
| | **ADT Security Services, Inc.**<br>**3190 S. Vaughn Way**<br>**Aurora, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,936.00 |
|---|---|---|---|
| | **AMH Print Group, LLC**<br>**P.O. Box 518**<br>**Mechanicsville, VA 23111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,769.84 |
|---|---|---|---|
| | **Anago Franchising, Inc.**<br>**8400 Corporate Drive**<br>**Suite 260**<br>**Hyattsville, MD 20785** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,524.71 |
|---|---|---|---|
| | **Bank of America**<br>**2995 Plaza Drive**<br>**Oxon Hill, MD 20745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Credit Card_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,657.08 |
|---|---|---|---|
| | **BlueCrest - Pitney Bowes**<br>**37 Executive Drive**<br>**Danbury, CT 06810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,925.59 |
|---|---|---|---|
| | **Brink's Incorporated**<br>**555 Dividend Drive**<br>**Coppell, TX 75019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,762.36 |
|---|---|---|---|
| | **Canon Financial Services, Inc.**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **ZIP Mailing Services, Inc.**        Case number (if known) _____

          Name

| | |
|---|---|
| **3.8**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$1,552.44** |

**3.8**   Nonpriority creditor's name and mailing address

**Cintas Corporation**
**1769 Brightseat Road**
**Hyattsville, MD 20785**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,552.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**   Nonpriority creditor's name and mailing address

**Comcast**
**P.O. Box 6505**
**Chelmsford, MA 01824**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$868.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address

**Eberle Associates, Inc.**
**1420 Spring Hill Road**
**Mc Lean, VA 22102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$287,653.07**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.11**   Nonpriority creditor's name and mailing address

**Felins USA, Inc.**
**8306 West Parkland Court**
**Milwaukee, WI 53223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,310.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12**   Nonpriority creditor's name and mailing address

**Fireline**
**4506 Hollins Ferry Road**
**Halethorpe, MD 21227**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$149.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13**   Nonpriority creditor's name and mailing address

**First Citizens Bank & Trust Co**
**10201 Centurion Parkway N, Suite 100**
**Jacksonville, FL 32256**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$20,689.08**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Xerox Machine**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14**   Nonpriority creditor's name and mailing address

**General Machine Shop, Inc.**
**6000 Columbia Park Road**
**Hyattsville, MD 20785**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$799.15**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **ZIP Mailing Services, Inc.**                                         Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Grainger, Inc.**<br>**4748 Forbes Blvd**<br>**Lanham, MD 20706** | As of the petition filing date, the claim is: Check all that apply.    **$371.60**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number  **1280** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Harris**<br>**4931 Tesla Drive**<br>**Suite C**<br>**Bowie, MD 20715** | As of the petition filing date, the claim is: Check all that apply.    **$789.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:**  **HVAC Service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Headway Capital**<br>**175 W. Jackson Blvd**<br>**Suite 1000**<br>**Chicago, IL 60604** | As of the petition filing date, the claim is: Check all that apply.    **$70,162.92**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number  **1305** | **Basis for the claim:**  **Line of Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**KB Forklift Services, Inc.**<br>**4504 Wicomico Avenue**<br>**Beltsville, MD 20705** | As of the petition filing date, the claim is: Check all that apply.    **$484.96**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Landover Shell**<br>**8555 Martin Luther King Highway**<br>**Lanham, MD 20706** | As of the petition filing date, the claim is: Check all that apply.    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**MCS Services, Inc.**<br>**8101 Cessna Avenue**<br>**Gaithersburg, MD 20879** | As of the petition filing date, the claim is: Check all that apply.    **$10,775.44**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Micro Computer Solutions, Inc.**<br>**8101 Cessna Avenue**<br>**Gaithersburg, MD 20879** | As of the petition filing date, the claim is: Check all that apply.    **$763.58**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor    **ZIP Mailing Services, Inc.**                                    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**3.22**

**Nonpriority creditor's name and mailing address**
**OSM Worldwide**
**601 Regency Drive**
**Glendale Heights, IL 60139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$3,384.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Penske Truck Leasing Co, LP**
**7699 Wellington Drive**
**Manassas, VA 20109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$3,201.51**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Rapid Finance**
**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**

Date(s) debt was incurred _
Last 4 digits of account number  **5530**

As of the petition filing date, the claim is: *Check all that apply.*                **$58,335.87**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Credit Line**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Republic Services**
**300 Ritchie Road**
**Capitol Heights, MD 20743**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$2,269.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**
**T-S Envelope, LLC**
**2001 Market Street**
**Ashland, PA 17921**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$24,447.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**
**TGA Landover DC, LLC**
**10960 Grantchester Way**
**Suite 540**
**Columbia, MD 21044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$140,945.62**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Non-Residential Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**
**The Scale People**
**9693 Gerwig Lane**
**#C**
**Columbia, MD 21046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$330.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ZIP Mailing Services, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Think Ink, Inc.**<br>**8101 Cessna Avenue**<br>**Gaithersburg, MD 20879**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,172.92** |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**United Business Technoloogies**<br>**9218 Gaither Road**<br>**Gaithersburg, MD 20877**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$37,149.83** |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**US Electrical Services, Inc.**<br>**3355 V Street NE**<br>**Washington, DC 20018**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,276.36** |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Veracore Software Solutions, Inc.**<br>**76 Batterson Park Road**<br>**Farmington, CT 06032**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,375.02** |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Wroe Electronic Repairs**<br>**P.O. Box 55**<br>**Glyndon, MD 21071**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,046.99** |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Xerox Corporation**<br>**P.O. Box 660501**<br>**Dallas, TX 75266-0501**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,403.02** |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank of Amercia**<br>**PO Box 15019**<br>**Wilmington, DE 19850-5026** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **ZIP Mailing Services, Inc.**                                    Case number (if known) _____
_____
                Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **744,444.09** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **744,444.09** |

| Fill in this information to identify the case: |
|---|

Debtor name      **ZIP Mailing Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Address: 5014 46th Avenue, Hyattsville, MD 20871**<br>**Term:  2023 - 2028**<br>**Monthly Rent:  $5,000** | **B & J International Inc.**<br>**843 Quincy Orchard**<br>**Suite I**<br>**Gaithersburg, MD 20878** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Copier Equipment**<br>**Monthly Payment: $3,245.82** | **Canon Financial Services, INC**<br>**14904 Collections Center Dr**<br>**Chicago, IL 60693-0149** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **819 Brightseat Road, Landover, MD 20785**<br>**Term: 2023 through 2028**<br>**Monthly Rent:  $10,000** | **Guardian Fund II Center**<br>**438 North Frederick Ave, Ste. 450**<br>**Gaithersburg, MD 20877** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Term Ends: 2029**<br>**Monthly Payment: $1,506.00** | **Penske Truck Leasing**<br>**7699 Wellingford Drive**<br>**Manassas, VA 20109** |

Debtor 1  **ZIP Mailing Services, Inc.**                                    Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Job Maaster with Impose & Service Software $165.11 per month 2022 - 2027** | |
|---|---|---|---|
| | State the term remaining | | **United Business Technoloogies 9218 Gaither Road Gaithersburg, MD 20877** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Ohio Addressing Machine Company Monthly Payment: $2,038.34** | |
|---|---|---|---|
| | State the term remaining | | **Wheeler Financial-Pitney Bowes The Pitney Bowes Bank Parkside Tower, 215 South State St., 320 Salt Lake City, UT 84111** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     **ZIP Mailing Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Darryl Vernon Jackson, Jr.** | **805 Montrose Road** **Chesapeake, VA 23320** | **Ultra Funding, LLC** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Darryl Vernon Jackson, Jr.** | **805 Montrose Road** **Chesapeake, VA 23320** | **Everst Business Funding** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Darryl Vernon Jackson, Jr.** | **805 Montrose Road** **Chesapeake, VA 23320** | **Breakout Capital, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Darryl Vernon Jackson, Jr.** | **805 Montrose Road** **Chesapeake, VA 23320** | **NewCo. Capital Group** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **ZIP Mailing Services, Inc.**

United States Bankruptcy Court for the:  **DISTRICT OF MARYLAND**

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ☐ Operating a business ■ Other **Business Revenues Through 3/31/2023** | **$412,420.00** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other **Business Revenues** | **$1,750,811.56** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ☐ Operating a business ■ Other **Business Revenues** | **$3,906,064.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **ZIP Mailing Services, Inc.** _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **AMH Print Group, LLC** **P.O. Box 518** **Mechanicsville, VA 23111** | **2/13/2023** **5/10/2023** | **$10,168.10** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Corporate Communications Group** | **2/10/2023:** **$11,814.89** | **$11,814.89** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **CP Direct** | **2/2023 -** **3/2023** | **$9,805.94** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Direct Main Solutions** | **2/2023 -** **4/2023** | **$29,263.71** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Guardian Fund II - Centerpoint** | **4/11/2023** | **$10,615.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Kelly Benefits** | **2/2023 -** **3/2023** | **$11,546.22** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **MCS Services, Inc.** | **2/2023 -** **4/2023** | **$7,338.48** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **PEPCO** **Correspondence Section** **701 Ninth Street, NW** **Washington, DC 20068-0001** | **2/2023 -** **4/2023** | **$9,967.62** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor   ZIP Mailing Services, Inc. _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Smithy Law Group, LLC** | 2/7/2023 | $8,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. **TGA Landover DC, LLC** | 2/10/2023 | $27,449.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Three Dog Logistics** | 2/2023 - 5/10/2023 | $22,947.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **B&J International,Inc.** | 5/5/2023: 11,064.60 | $11,064.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **NewCo. Capital Group 90 Broad Street Suite 903 New York, NY 10004** | **Garnished $992.95 form payment due to Debtor from Washington Gas** | 4/30/2023 | $992.95 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor  **ZIP Mailing Services, Inc.**                                           Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **TGA Landlover DC LLC v. ZIP Mailing Services, Inc.**<br>**Unknown** | **Landlord Tenant** | **District Court for Prince George's Count** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ultra Funding, LLC v. Zip Mailing Services, Inc. et al.**<br>**513908/2023** | | **Supreme Court of the State of New York**<br>**County of Kings** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **ZIP Mailing Services, Inc.**                                              Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **McNamee Hosea** **6420 Ivy Lane - Ste. 820** **Greenbelt, MD 20770** | | **April 2023** | **$20,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **6304 Sherriff Road** **Hyattsville, MD 20785** | **2014 - April 2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **ZIP Mailing Services, Inc.**                                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **ZIP Mailing Services, Inc.**                                      Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **William F. Calhoun, CPA<br>Calhoun and Ward, LLC<br>528 College Parkway, Suite G<br>Annapolis, MD 21409** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Debtor   ZIP Mailing Services, Inc.                                    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Debra Spencer**<br>**819 Brightseat Road**<br>**Hyattsville, MD 20785** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Darryl Jackson, Jr.** | | **President** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Darryl Vernon Jackson, Sr.** | | **President** | **Deceased December 28, 2021 Following passing of Darryl V. Jackson, Sr., ownership succeeded to Darryl Jackson, Jr.; Dwayne Jackson and Derrick Jackson, one-third each. Subsequently, Darryl Jackson, Jr. became the sole owner** |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **ZIP Mailing Services, Inc.**                            Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Darryl V. Jackson, Jr.** **805 Montrose Road** **Chesapeake, VA 23320** | **$74,194.63** | **April 2022 - May 2023** | **Wages/Compensation** |
| **Relationship to debtor** **Insider** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 26, 2023**

**/s/ Darryl Jackson, Jr.**                    **Darryl Jackson, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re   **ZIP Mailing Services, Inc.**

Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Darryl Jackson, Jr.**<br>**805 Montrose Road**<br>**Chesapeake, VA 23320** | | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 26, 2023**

Signature   **/s/ Darryl Jackson, Jr.**
**Darryl Jackson, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re    __ZIP Mailing Services, Inc.__ _____    Case No. _____

                                       Debtor(s)    Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __May 26, 2023__ _____        __/s/ Darryl Jackson, Jr.__ _____

                                                        __Darryl Jackson, Jr.__/President
                                                        Signer/Title

ADT Security Services, Inc.
3190 S. Vaughn Way
Aurora, CO 80014


AMH Print Group, LLC
P.O. Box 518
Mechanicsville, VA 23111


Anago Franchising, Inc.
8400 Corporate Drive
Suite 260
Hyattsville, MD 20785


B & J International Inc.
843 Quincy Orchard
Suite I
Gaithersburg, MD 20878


Bank of Amercia
PO Box 15019
Wilmington, DE 19850-5026


Bank of America
2995 Plaza Drive
Oxon Hill, MD 20745


BlueCrest - Pitney Bowes
37 Executive Drive
Danbury, CT 06810


Breakout Capital, LLC
1451 Dolley Madison Avenue
Suite 200
Mc Lean, VA 22101


Brink's Incorporated
555 Dividend Drive
Coppell, TX 75019

Canon Financial Services, INC
14904 Collections Center Dr
Chicago, IL 60693-0149


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693


Canon Financial Services, Inc.
158 Gaither Drive
Mount Laurel, NJ 08054


Cintas Corporation
1769 Brightseat Road
Hyattsville, MD 20785


CIT Finance, LLC
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


Comcast
P.O. Box 6505
Chelmsford, MA 01824


Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Darryl Vernon Jackson, Jr.
805 Montrose Road
Chesapeake, VA 23320

Eberle Associates, Inc.
1420 Spring Hill Road
Mc Lean, VA 22102


Everst Business Funding
5 West 37th Street
Suite 1100
New York, NY 10018


Felins USA, Inc.
8306 West Parkland Court
Milwaukee, WI 53223


Fireline
4506 Hollins Ferry Road
Halethorpe, MD 21227


First Citizens Bank & Trust Co
10201 Centurion Parkway N, Suite 100
Jacksonville, FL 32256


Ford Motor Credit
P.O. Box 650575
Dallas, TX 75265


General Machine Shop, Inc.
6000 Columbia Park Road
Hyattsville, MD 20785


Grainger, Inc.
4748 Forbes Blvd
Lanham, MD 20706


Guardian Fund II Center
438 North Frederick Ave, Ste. 450
Gaithersburg, MD 20877

Harris
4931 Tesla Drive
Suite C
Bowie, MD 20715


Headway Capital
175 W. Jackson Blvd
Suite 1000
Chicago, IL 60604


Highland Capital Corporation
1 Passaic Avenue
Fairfield, NJ 07004


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


KB Forklift Services, Inc.
4504 Wicomico Avenue
Beltsville, MD 20705


Landover Shell
8555 Martin Luther King Highway
Lanham, MD 20706


Liberty Capital Group, Inc.
45 Carey Avenue, Suite 200
Butler, NJ 07405


MCS Services, Inc.
8101 Cessna Avenue
Gaithersburg, MD 20879


Micro Computer Solutions, Inc.
8101 Cessna Avenue
Gaithersburg, MD 20879

NewCo. Capital Group
90 Broad Street
Suite 903
New York, NY 10004


OSM Worldwide
601 Regency Drive
Glendale Heights, IL 60139


Penske Truck Leasing
7699 Wellingford Drive
Manassas, VA 20109


Penske Truck Leasing Co, LP
7699 Wellington Drive
Manassas, VA 20109


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Republic Services
300 Ritchie Road
Capitol Heights, MD 20743


Steven Zakharyayev
10 W 37th Street, Room 602
New York, NY 10018


T-S Envelope, LLC
2001 Market Street
Ashland, PA 17921


TGA Landover DC, LLC
10960 Grantchester Way
Suite 540
Columbia, MD 21044

```
The Scale People
9693 Gerwig Lane
#C
Columbia, MD 21046


Think Ink, Inc.
8101 Cessna Avenue
Gaithersburg, MD 20879


Ultra Funding, LLC
50 Merrick Road, Suite 203
Rockville Centre, NY 11570


United Business Technoloogies
9218 Gaither Road
Gaithersburg, MD 20877


US Electrical Services, Inc.
3355 V Street NE
Washington, DC 20018


Veracore Software Solutions, Inc.
76 Batterson Park Road
Farmington, CT 06032


Wheeler Financial-Pitney Bowes
The Pitney Bowes Bank
Parkside Tower, 215 South State St., 320
Salt Lake City, UT 84111


Wheeler Financial-Pitney Bowes, Inc.
Pakside Tower, 215 South State Street
Suite 320
Salt Lake City, UT 84111


Wroe Electronic Repairs
P.O. Box 55
Glyndon, MD 21071
```

Xerox Corporation
P.O. Box 660501
Dallas, TX 75266-0501

# United States Bankruptcy Court
### District of Maryland

In re  **ZIP Mailing Services, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **ZIP Mailing Services, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 26, 2023**

Date

**/s/ Christopher L. Hamlin (chamlin@mhlawyers.com)**

**Christopher L. Hamlin (chamlin@mhlawyers.com) 04597**

Signature of Attorney or Litigant

Counsel for  **ZIP Mailing Services, Inc.**

**McNamee Hosea,  P.A.**

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
**(301) 441-2420 Fax:(301) 982-9450**
**chamlin@mhlawyers.com**