# ECG
## EBERLE COMMUNICATIONS GROUP, INC.
*Turning Dreams into Reality Since 1974*

May 31, 2023

United States Courthouse
6500 Cherrywood Lane
Courtroom 3C
Greenbelt MD, 20770

Judge Chavez-Ruark,

In reply to your order dated May 30, 2023, this letter and supporting documents are provided for Case Number 23-13736 (Debtor, Zip Mailing Services, Inc)

Eberle Communications Group, Inc (ECG), a fundraising counsel firm, has 78 non-profit clients which have funds held in escrow by Zip Mailing Services for future postage expenses. In this regard, and by contract between ECG and its client, ECG serves as an agent for its clients. On behalf of our clients, we are submitting claims against Zip Mailing Service (Debtor) cash collateral.

Attached is a summary of the amount each of our non-profit clients have in escrow with Zip. The amount totals $263,341.51. To support these claims, we enclose an accounting of all transactions which have occurred from the postage accounts held by Zip on behalf of our clients. The transaction report is for 2023 and we can provide the Court transaction records for any time period which may be required.

Additionally, Zip Mailing credited our clients the postage accounts to address bills owed by our client to Zip for services previously provided. A letter which memorializes the prior agreement is enclosed.

I am available if the court requires my presence in court. I can also be reached at 571-297-2412 or by email at jhruska@eberle1.com

Respectfully,

James F. Hruska
Chief Financial Officer
Eberle Communications Group

| Summary of amount held by Zip Mailing Services in escrow for Eberle Communications Group's Clients future postage expenses ||
|---|---|
| Client | Postage Account Balance as of 5/31/23 |
| Admiral Nimitz Foundation | $ 603.72 |
| AdoptaPlatoon | $ 1,599.26 |
| Animal Recovery Mission | $ 1,720.90 |
| Animals' Angels, Inc. | $ 2,640.50 |
| Arabian Rescue Mission, Inc. | $ 1,821.48 |
| Baby Rhino Rescue | $ 760.19 |
| BAMPAC Action Fund | $ 1,273.21 |
| Black Americans Making America First | $ 2,163.73 |
| Black America's PAC | $ 278.30 |
| Carla Spalding for Congress (FL25) | $ 1,953.38 |
| Castle Air Museum Foundation | $ 1,845.43 |
| Castleton Ranch Horse Rescue | $ 1,826.51 |
| Dreamchaser PMU Horse Rescue & Rehabilitation | $ 741.88 |
| Eisenhower Foundation | $ 6,716.54 |
| Equine Voices Rescue & Sanctuary | $ 6,677.12 |
| Feeding the Pets of Homeless | $ 46.59 |
| Fort Ticonderoga Association | $ 324.65 |
| Foundation for Liberty and American Greatness | $ 607.61 |
| Four Corners Equine Rescue | $ 778.89 |
| Front Range Equine Rescue | $ 6,780.66 |
| Gentle Giants Draft Horse Rescue, LTD | $ 7,012.95 |
| God's Word to the Nations Mission Society | $ 1,231.77 |
| Goldens Without Borders | $ 449.55 |
| Guardian Angels Medical Service Dogs | $ 11,275.79 |
| Guardians of Rescue | $ 474.21 |
| Happy Cat, Inc. | $ 1,218.61 |
| Harry S Truman Library Institute | $ 12,645.02 |
| Homes For Veterans | $ 1,357.99 |
| Hooves and Paws Animal Rescue | $ 1,546.51 |
| In Vest USA | $ 7,815.12 |
| International Conservation Caucus Foundation | $ 628.87 |
| Irondog K9 International, Inc | $ 145.02 |
| K9 Lifeline Rescue | $ 236.24 |
| Keepers of the Wild | $ 37,939.90 |
| Latinos for America First | $ 832.49 |
| Lifesavers Wild Horse Rescue | $ 1,383.62 |
| Lion Habitat Ranch | $ 2,247.21 |
| Little Longears Miniature Donkey Rescue | $ 285.30 |
| Live Action | $ 4,185.39 |
| Lost Meadows Mule Refuge | $ 1,121.33 |
| Mara Elephant Project- Project of Sidekick Fdn, Inc. | $ 1,642.79 |
| Military Aviation Museum | $ 1,793.26 |

| Organization | Amount |
|---|---:|
| National D-Day Memorial Foundation | $ 3,302.85 |
| National Vietnam War Museum | $ 251.59 |
| National WASP WWII Museum | $ 1,377.08 |
| New Journey PAC | $ 4,632.71 |
| Noahs Lost Ark Animal Sanctuary | $ 1,388.26 |
| Orphan Acres Inc. | $ 2,020.65 |
| Pacific Batttleship-National Museum of the Surface Navy | $ 572.29 |
| Paws for Purple Hearts | $ 1,987.56 |
| Paws of War, Inc. | $ 2,229.20 |
| Peaceful Valley Donkey Rescue | $ 84.64 |
| Pilots tot eh Rescue | $ 3,549.86 |
| Pray in Jesus Name Ministries | $ 19,817.05 |
| PrideRock Wildlife Refuge | $ 44.15 |
| ProEnglish | $ 1,437.79 |
| Project K9 Hero | $ 12,606.34 |
| Protecting K9 Heroes NFP | $ 2,319.22 |
| Radio America | $ 838.48 |
| Red Bell Run Foundation | $ 444.58 |
| Redwings Horse Sanctuary | $ 598.83 |
| Ring Dog Rescue | $ 529.84 |
| Sandy Smith for Congress (NC-01) | $ 1,188.00 |
| Save A Rescue, Inc. | $ 489.12 |
| Save Korean Dogs USA Foundation | $ 5,726.84 |
| Save-A-Pet Animal Rescue | $ 3,890.30 |
| Second Chances for Blind Dogs Foundation | $ 8,114.93 |
| Smiling Dog Farms | $ 3,340.01 |
| Speak up for Horses | $ 437.44 |
| Stars and Stripes Forever PAC | $ 28.91 |
| Tiger Creek Animal Sanctuary | $ 3,604.99 |
| Tiger Haven | $ 2,243.72 |
| Turning Pointe Donkey Rescue | $ 506.18 |
| Tuskegee Airmen National Historical Museum | $ 1,713.36 |
| White Wolf Sanctuary | $ 5,773.78 |
| Winsome PAC | $ 984.82 |
| World War II Veterans Committee | $ 14,395.42 |
| Wounded Paw Project | $ 12,511.28 |
| **Total Held in Escrow by Zip for Postage** | **$ 263,611.56** |

| | | POSTAGE LEDGER BY VENDOR REPORT | | |
|---|---|---|---|---|
| Date: **May 31, 2023** | | ZIP Mailing Services, Inc. (1077) | | Time: **9:54 AM** |
| Report: **MAPL02** | | January 1, 2023 thru May 31, 2023 | | Page: **1** |

### 60 Plus Foundation (390)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $61.79 |
| 03/17/23 | Refund | 27199 | | | | | | $61.79 | $0.00 |
| | | | $0.00 | | | | | $61.79 | |

### Admiral Nimitz Foundation (728)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $603.72 |
| | | | $0.00 | | | | | $0.00 | |

### AdoptaPlatoon (788)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,599.26 |
| | | | $0.00 | | | | | $0.00 | |

### Animal Recovery Mission (183)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $10,337.34 |
| 01/17/23 | Premium | | | 67357 | EAU-05 | 28,811 | $0.05 | $1,440.55 | $8,896.79 |
| 01/17/23 | Postage | | | 67357 | EAU-05 | 28,811 | | $4,725.00 | $4,171.79 |
| 01/23/23 | Premium | | | 67358 | EAU-05 | 439 | $0.05 | $21.95 | $4,149.84 |
| 01/23/23 | Postage | | | 67358 | EAU-05 | 439 | | $74.19 | $4,075.65 |
| 01/29/23 | Sample | | | 67357 | EAU-05 | | | $0.50 | $4,075.15 |
| 02/06/23 | Premium | | | 67359 | EAU-05 | 10,750 | $0.05 | $537.50 | $3,537.65 |
| 02/06/23 | Postage | | | 67359 | EAU-05 | 10,750 | | $1,816.75 | $1,720.90 |
| | | | $0.00 | | | | | $8,616.44 | |

### Animals' Angels, Inc. (240)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $2,640.50 |
| | | | $0.00 | | | | | $0.00 | |

### Arabian Rescue Mission, Inc. (107)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $44.85 |
| 01/10/23 | RPA / CA | 8429 | $12,800.00 | | | | | | $12,844.85 |
| 01/24/23 | Premium | | | 67371 | M01-01 | 2,693 | $0.10 | $269.30 | $12,575.55 |
| 01/24/23 | Postage | | | 67371 | M01-01 | 2,693 | | $1,424.86 | $11,150.69 |
| 01/24/23 | Stamp Reply | | | 67371 | M01-01 | 2,693 | $0.63 | $1,696.59 | $9,454.10 |
| 01/25/23 | Premium | | | 67360 | MCD-01 | 15,548 | $0.10 | $1,554.80 | $7,899.30 |
| 01/25/23 | Postage | | | 67360 | MCD-01 | 15,548 | | $3,136.90 | $4,762.40 |
| 02/02/23 | Sample | | | 67371 | M01-01 | | | $9.80 | $4,752.60 |
| 02/03/23 | Sample | | | 67360 | MCD-01 | | | $2.89 | $4,749.71 |
| 02/13/23 | Premium | | | 67361 | MCD-01 | 4,448 | $0.10 | $444.80 | $4,304.91 |
| 02/13/23 | Postage | | | 67361 | MCD-01 | 4,448 | | $933.79 | $3,371.12 |
| 04/30/23 | Premium | | | 67362 | MCD-01 | 5,000 | $0.10 | $500.00 | $2,871.12 |
| 04/30/23 | Postage | | | 67362 | MCD-01 | 5,000 | | $1,049.64 | $1,821.48 |
| | Comments: dropped 1/25 | | | | | | | | |
| | | | $12,800.00 | | | | | $11,023.37 | |

| | | |
|---|---|---|
| Date: May 31, 2023 | **POSTAGE LEDGER BY VENDOR REPORT** | Time: 9:54 AM |
| Report: MAPL02 | ZIP Mailing Services, Inc. (1077) | Page: 3 |
| | January 1, 2023 thru May 31, 2023 | |

### Dreamchaser PMU Horse Rescue & Rehabilitation (165)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,821.30 |
| 01/24/23 | RPA / CA | 8434 | $28,500.00 | | | | | | $30,321.30 |
| 02/03/23 | Postage | | | 67378 | PHR-06 | 32,439 | | $6,190.43 | $24,130.87 |
| 02/03/23 | Premium | | | 67378 | PHR-06 | 32,439 | $0.50 | $16,219.50 | $7,911.37 |
| 02/15/23 | Sample | | | 67378 | PHR-06 | | | $11.00 | $7,900.37 |
| 02/20/23 | Postage | | | 67379 | PHR-06 | 7,559 | | $1,520.01 | $6,380.36 |
| 02/20/23 | Premium | | | 67379 | PHR-06 | 7,559 | $0.50 | $3,779.50 | $2,600.86 |
| 02/21/23 | RPA / CA | 8449 | $8,800.00 | | | | | | $11,400.86 |
| 03/01/23 | Premium | | | 67439 | BDB-07 | 31,818 | $0.07 | $2,227.26 | $9,173.60 |
| 03/01/23 | Postage | | | 67439 | BDB-07 | 31,818 | | $6,145.95 | $3,027.65 |
| 03/10/23 | Sample | | | 67439 | BDB-07 | | | $1.80 | $3,025.85 |
| 03/20/23 | Premium | | | 67440 | BDB-07 | 8,182 | $0.07 | $572.74 | $2,453.11 |
| 03/20/23 | Postage | | | 67440 | BDB-07 | 8,182 | | $1,711.23 | $741.88 |
| | | | **$37,300.00** | | | | | **$38,379.42** | |

### Eisenhower Foundation, The (581)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $3,906.76 |
| 01/30/23 | Deposit | 3482 | $27,000.00 | | | | | | $30,906.76 |
| 02/14/23 | Postage | | | 67411 | M02-01 | 11,215 | | $5,890.97 | $25,015.79 |
| 02/14/23 | Stamp Reply | | | 67411 | M02-01 | 11,215 | $0.63 | $7,065.45 | $17,950.34 |
| 02/14/23 | Premium | | | 67411 | M02-01 | 11,215 | $1.00 | $11,215.00 | $6,735.34 |
| 03/09/23 | Sample | | | 67411 | M02-01 | | | $18.80 | $6,716.54 |
| | | | **$27,000.00** | | | | | **$24,190.22** | |

### Equine Voices Rescue & Sanctuary (127)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $10,067.05 |
| 01/24/23 | RPA / CA | 8435 | $15,500.00 | | | | | | $25,567.05 |
| 02/09/23 | Premium | | | 67380 | M02-01 | 5,073 | $0.15 | $760.95 | $24,806.10 |
| 02/09/23 | Postage | | | 67380 | M02-01 | 5,073 | | $2,687.86 | $22,118.24 |
| 02/09/23 | Stamp Reply | | | 67380 | M02-01 | 5,073 | $0.63 | $3,195.99 | $18,922.25 |
| 02/09/23 | Premium | | | 67381 | SHC-01 | 30,097 | $0.15 | $4,514.55 | $14,407.70 |
| 02/09/23 | Postage | | | 67381 | SHC-01 | 30,097 | | $5,814.09 | $8,593.61 |
| 02/16/23 | Sample | | | 67380 | M02-01 | | | $12.36 | $8,581.25 |
| 02/16/23 | Sample | | | 67381 | SHC-01 | | | $2.40 | $8,578.85 |
| 03/09/23 | Premium | | | 67382 | SHC-01 | 9,903 | $0.15 | $1,485.45 | $7,093.40 |
| 03/09/23 | Postage | | | 67382 | SHC-01 | 9,903 | | $2,034.12 | $5,059.28 |
| 03/28/23 | RPA / CA | 8485 | $17,000.00 | | | | | | $22,059.28 |
| 04/21/23 | Premium | | | 67530 | SHC-02 | 45,065 | $0.15 | $6,759.75 | $15,299.53 |
| 04/21/23 | Postage | | | 67530 | SHC-02 | 45,065 | | $8,621.81 | $6,677.72 |
| 05/25/23 | Sample | | | 67530 | SHC-02 | | | $0.60 | $6,677.12 |
| | | | **$32,500.00** | | | | | **$35,889.93** | |

### Feeding Pets of Homeless (870)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $46.59 |
| | | | **$0.00** | | | | | **$0.00** | |

### Fort Ticonderoga Association (667)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|

Date: **May 31, 2023**     **POSTAGE LEDGER BY VENDOR REPORT**     Time: **9:54 AM**
Report: **MAPL02**     **ZIP Mailing Services, Inc. (1077)**     Page: **5**
January 1, 2023 thru May 31, 2023

## GOD'S WORD to the Nations Mission Society (558)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/20/23 | Deposit | 4773 | $1,800.00 | | | | | | $2,776.16 |
| 04/03/23 | Premium | | | 67514 | K03-01 | 4,980 | $0.10 | $498.00 | $2,278.16 |
| 04/03/23 | Postage | | | 67514 | K03-01 | 4,980 | | $1,045.39 | $1,232.77 |
| 04/06/23 | Sample | | | 67514 | K03-01 | | | $1.00 | $1,231.77 |
| | | | **$1,800.00** | | | | | **$1,544.39** | |

## Goldens Without Borders (1101)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $449.55 |
| | | | **$0.00** | | | | | **$0.00** | |

## Guardian Angels Medical Service Dogs (381)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,467.79 |
| 03/14/23 | RPA / CA | 8474 | $43,300.00 | | | | | | $44,767.79 |
| 03/31/23 | Postage | | | 67497 | BF-05 | 70,537 | | $13,405.69 | $31,362.10 |
| 03/31/23 | Premium | | | 67497 | BF-05 | 70,537 | $0.22 | $15,518.14 | $15,843.96 |
| 04/07/23 | Sample | | | 67497 | BF-05 | | | $4.05 | $15,839.91 |
| 04/18/23 | Postage | | | | BF-05 | 10,706 | | $2,208.80 | $13,631.11 |
| 04/18/23 | Premium | | | | BF-05 | 10,706 | $0.22 | $2,355.32 | $11,275.79 |
| | | | **$43,300.00** | | | | | **$33,492.00** | |

## Guardians of Rescue (756)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $474.21 |
| | | | **$0.00** | | | | | **$0.00** | |

## Happy Cat, Inc. (846)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,218.61 |
| | | | **$0.00** | | | | | **$0.00** | |

## Harry S Truman Library Institute (674)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $10,463.39 |
| 02/06/23 | Deposit | 1956 | $31,400.00 | | | | | | $41,863.39 |
| 02/22/23 | Premium | | | 67415 | CCU-07 | 89,451 | $0.10 | $8,945.10 | $32,918.29 |
| 02/22/23 | Postage | | | 67415 | CCU-07 | 89,451 | | $16,937.71 | $15,980.58 |
| 02/28/23 | Premium | | | 67416 | CCU-07 | 2,254 | $0.10 | $225.40 | $15,755.18 |
| 02/28/23 | Postage | | | 67416 | CCU-07 | 2,254 | | $473.31 | $15,281.87 |
| 03/03/23 | Sample | | | 67415 | CCU-07 | | | $0.80 | $15,281.07 |
| 03/22/23 | Premium | | | 67417 | CCU-07 | 8,553 | $0.10 | $855.30 | $14,425.77 |
| 03/22/23 | Postage | | | 67417 | CCU-07 | 8,553 | | $1,780.75 | $12,645.02 |
| | | | **$31,400.00** | | | | | **$29,218.37** | |

## Homes for Veterans (222)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,357.99 |

Date: May 31, 2023     **POSTAGE LEDGER BY VENDOR REPORT**     Time: 9:54 AM
Report: MAPL02     **ZIP Mailing Services, Inc. (1077)**     Page: 7
January 1, 2023 thru May 31, 2023

### Latinos for America First (909)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $832.49 |
| | | | $0.00 | | | | | $0.00 | |

### Lifesavers Wild Horse Rescue (331)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,383.62 |
| | | | $0.00 | | | | | $0.00 | |

### Lion Habitat Ranch (670)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $2,247.21 |
| | | | $0.00 | | | | | $0.00 | |

### Little Longears Miniature Donkey Rescue (601)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $285.30 |
| | | | $0.00 | | | | | $0.00 | |

### Live Action (468)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $4,185.39 |
| | | | $0.00 | | | | | $0.00 | |

### Lost Meadows Mule Refuge (937)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,121.33 |
| | | | $0.00 | | | | | $0.00 | |

### Mara Elephant Project-Project of Sidekick Fdn Inc. (831)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,642.79 |
| | | | $0.00 | | | | | $0.00 | |

### Military Aviation Museum (112)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,793.26 |
| | | | $0.00 | | | | | $0.00 | |

### National D-Day Memorial Foundation (903)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $3,302.85 |
| | | | $0.00 | | | | | $0.00 | |

### National Vietnam War Museum, The (866)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|

Date: **May 31, 2023**  **POSTAGE LEDGER BY VENDOR REPORT**  Time: **9:54 AM**
Report: **MAPL02**  **ZIP Mailing Services, Inc. (1077)**  Page: **9**
January 1, 2023 thru May 31, 2023

### Pacific Battleship-Natl Museum of the Surface Navy (369)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $572.29 |
| | | | $0.00 | | | | | $0.00 | |

### Paul Gosar for Congress (AZ 09) (978)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,615.46 |
| 02/10/23 | Refund | 27159 | | | | | | $1,615.46 | $0.00 |
| | | | $0.00 | | | | | $1,615.46 | |

### Paws for Purple Hearts (194)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,987.56 |
| | | | $0.00 | | | | | $0.00 | |

### Paws of War, Inc. (466)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $2,229.20 |
| | | | $0.00 | | | | | $0.00 | |

### Peaceful Valley Donkey Rescue (589)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $84.64 |
| | | | $0.00 | | | | | $0.00 | |

### Pilots to the Rescue (686)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $3,549.86 |
| | | | $0.00 | | | | | $0.00 | |

### Pray in Jesus Name Ministries (187)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $19,817.05 |
| | | | $0.00 | | | | | $0.00 | |

### PrideRock Wildlife Refuge (206)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $44.15 |
| | | | $0.00 | | | | | $0.00 | |

### ProEnglish (641)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,437.79 |
| | | | $0.00 | | | | | $0.00 | |

Date: **May 31, 2023**     **POSTAGE LEDGER BY VENDOR REPORT**     Time: **9:54 AM**
Report: **MAPL02**     **ZIP Mailing Services, Inc. (1077)**     Page: **11**
January 1, 2023 thru May 31, 2023

## Save A Rescue Inc. (976)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $489.12 |
| | | | $0.00 | | | | | $0.00 | |

## Save Korean Dogs USA Foundation (940)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $326.84 |
| 04/24/23 | Deposit | 0417 | $5,400.00 | | | | | | $5,726.84 |
| | | | $5,400.00 | | | | | $0.00 | |

## Save-A-Pet Animal Rescue (949)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $229.79 |
| 04/04/23 | RPA / CA | 8492 | $18,000.00 | | | | | | $18,229.79 |
| 04/17/23 | Premium | | | 67523 | C04-01 | 4,150 | $0.05 | $207.50 | $18,022.29 |
| 04/17/23 | Postage | | | 67523 | C04-01 | 4,150 | | $2,195.11 | $15,827.18 |
| 04/17/23 | Stamp Reply | | | 67523 | C04-01 | 4,150 | $0.63 | $2,614.50 | $13,212.68 |
| 04/18/23 | Premium | | | 67520 | DLN-02 | 38,508 | $0.05 | $1,925.40 | $11,287.28 |
| 04/18/23 | Postage | | | 67520 | DLN-02 | 38,508 | | $7,396.98 | $3,890.30 |
| | | | $18,000.00 | | | | | $14,339.49 | |

## Saving the Survivors (953)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $1,352.65 |
| 04/10/23 | Refund | 27205 | | | | | | $1,352.65 | $0.00 |
| | | | $0.00 | | | | | $1,352.65 | |

## Second Chances for Blind Dogs Foundation (819)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $49,007.14 |
| 01/05/23 | Premium | | | 67276 | RPT-09 | 19,378 | $0.10 | $1,937.80 | $47,069.34 |
| 01/05/23 | Postage | | | 67276 | RPT-09 | 19,378 | | $3,697.07 | $43,372.27 |
| 02/01/23 | Premium | | | 67299 | RPT-09 | 10,293 | $0.10 | $1,029.30 | $42,342.97 |
| 02/01/23 | Postage | | | 67299 | RPT-09 | 10,293 | | $2,121.27 | $40,221.70 |
| | Comments: dropped 1/23 recd 2/15 | | | | | | | | |
| 03/13/23 | Premium | | | 67472 | RPT-10 | 73,242 | $0.10 | $7,324.20 | $32,897.50 |
| 03/13/23 | Postage | | | 67472 | RPT-10 | 73,242 | | $13,929.06 | $18,968.44 |
| 03/17/23 | Sample | | | 67472 | RPT-10 | | | $2.25 | $18,966.19 |
| 04/03/23 | Premium | | | 67473 | RPT-10 | 37,157 | $0.10 | $3,715.70 | $15,250.49 |
| 04/03/23 | Postage | | | 67473 | RPT-10 | 37,157 | | $7,135.56 | $8,114.93 |
| | | | $0.00 | | | | | $40,892.21 | |

## Smiling Dog Farms (298)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $3,340.01 |
| | | | $0.00 | | | | | $0.00 | |

## Speak Up for Horses (123)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $437.44 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: **May 31, 2023** | | | **POSTAGE LEDGER BY VENDOR REPORT** | | | | | Time: **9:54 AM** | |
| Report: **MAPL02** | | | **ZIP Mailing Services, Inc. (1077)** | | | | | Page: **13** | |
| | | | January 1, 2023 thru May 31, 2023 | | | | | | |

### World War II Veterans Committee (650)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $24,195.42 |
| 01/01/23 | RPA / CA | 15967 | | | | | | $9,800.00 | $14,395.42 |
| | Comments: 6/22 check posted to wrong acct | | | | | | | | |
| | | | $0.00 | | | | | $9,800.00 | |

### Wounded Paw Project (711)

| Date | Type | Check # | Deposit | Reference | Package | Quantity | Rate | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/23 | Balance | | | Begin Balance | | | | | $770.92 |
| 01/23/23 | Deposit | 2581 | $30,000.00 | | | | | | $30,770.92 |
| 02/03/23 | Stamp Reply | | | 67354 | DF-08 | 32,448 | $0.03 | $973.44 | $29,797.48 |
| 02/03/23 | Postage | | | 67354 | DF-08 | 32,448 | | $6,267.00 | $23,530.48 |
| 02/03/23 | Premium | | | 67354 | DF-08 | 32,448 | $0.50 | $16,224.00 | $7,306.48 |
| 02/10/23 | Sample | | | 67354 | DF-08 | | | $8.70 | $7,297.78 |
| 02/20/23 | Stamp Reply | | | 67355 | DF-08 | 7,550 | $0.03 | $226.50 | $7,071.28 |
| 02/20/23 | Postage | | | 67355 | DF-08 | 7,550 | | $1,585.00 | $5,486.28 |
| 02/20/23 | Premium | | | 67355 | DF-08 | 7,550 | $0.50 | $3,775.00 | $1,711.28 |
| 04/17/23 | Deposit | 2628 | $10,800.00 | | | | | | $12,511.28 |
| | | | $40,800.00 | | | | | $29,059.64 | |

| | | | | |
|---|---|---|---|---|
| **Vendor Totals:** | | $431,000.00 | | $461,102.00 |
| **Report Totals:** | | $431,000.00 | | $461,102.00 |