

## EBERLE COMMUNICATIONS GROUP, INC.
### Turning Dreams into Reality Since 1974

May 31, 2023

ZIP Mailing Services, Inc.
Suite 819 Brightseat Road
Centerpointe I
Landover, MD  20785

Dear Mr. Jackson:

As we discussed on May 22, 2023, we have credited postage accounts of the following 11 clients against invoices due to Zip Mailing Services for services provided.

Admiral Nimitz Foundation
Arabian Rescue Mission
Dreamchaser PMU Horse Rescue & Rehabilitation
Equine Voices Rescue & Sanctuary
Four Corners Equine Rescue
God's Word to the Nations Mission Society
Guardian Angels Medical Service Dogs
National Vietnam War Museum
National WASP WWII Museum
Protecting K9 Heroes
Tiger Haven

The attached spreadsheet provides the specific amounts and invoices adjusted based on the funds held by Zip in escrow for future postage expenses including the balance owed to Zip on behalf of our clients after these adjustments.  I am available to discuss if you have any questions.

Sincerely,

Tammy Cali

Tammy Cali
CEO & President

Copy to:
The United States Bankruptcy Court for the District of Maryland (Greenbelt Division)

# Our Values

Priorities. We keep ours straight...God, family, country, business.

In business, clients come first.
Their success is our success.

Quality through commitment.
There is no other way.

Innovation without risk doesn't exist.
Go for it!

There is no substitute for integrity.

Mutual trust. We can't do our best without it.

Everyone a leader. Everyone a team player.
It's the key to excellence.

Courtesy is a must.

Pride. We're proud of what we do.
We're proud of each other.

Fun. We enjoy work.
We enjoy life.

## Summary of Postal Account Credits

| Client | Postage Balance as of 5/31/23 | Invoice Paid | Invoice date | Invoice Amount | Remarks | Remaining amount client owes Zip for services provided |
|---|---|---|---|---|---|---|
| Admiral Nimitz Foundation | $  603.72 | 67198 | 1/17/23 | $  333.67 | | $  - |
| | | | | $  333.67 | Total Paid from Postal Account | |
| Arabian Rescue Mission, Inc. | $  1,821.48 | 67360 | 2/2/23 | $  1,136.00 | | |
| | | 67361 | 2/24/23 | $  317.63 | | |
| | | 67362 | 4/28/23 | $  357.05 | | |
| | | 67371 | 2/2/23 | $  10.80 | Partial payment | |
| | | | | $  1,821.48 | Total Paid from Postal Account | 1,059.99 |
| Dreamchaser PMU Horse Rescue & Rehabilitation | $  741.88 | 67378 | 2/15/23 | $  741.88 | Partial payment | 8,536.76 |
| | | | | $  741.88 | Total Paid from Postal Account | |
| Equine Voices Rescue & Sanctuary | $  6,677.72 | 67381 | 2/16/23 | $  3,774.77 | | |
| | | 67382 | 3/17/23 | $  1,233.32 | | |
| | | 67380 | 2/16/23 | $  1,669.63 | Partial payment | |
| | | | | $  6,677.72 | Total Paid from Postal Account | 4,950.72 |
| Four Corners Equine Rescue | $  778.89 | 67508 | 4/1/23 | $  778.89 | Partial payment | 2,076.16 |
| | | | | $  778.89 | Total Paid from Postal Account | |
| God's Word to the Nations Mission Society | $  1,231.77 | 67514 | 4/6/23 | $  1,231.77 | Partial payment | 1,936.93 |
| | | | | $  1,231.77 | Total Paid from Postal Account | |
| Guardian Angels Medical Service Dogs | $  11,275.79 | 67497 | 4/7/23 | $  8,662.68 | | |
| | | | | $  8,662.68 | Total Paid from Postal Account | $  - |
| National Vietnam War Museum | $  251.59 | 67488 | 4/12/2023 | $  26.04 | | |
| | | 67489 | 4/14/2023 | $  210.69 | | |
| | | 67491 | 4/28/2023 | $  14.86 | Partial payment | |
| | | | | $  251.59 | Total Paid from Postal Account | 5,152.06 |

| | | Check # | Date | | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| National WASP WWII Museum | $ 1,377.08 | 67527 | 4/14/2023 | $ | 1,280.61 | Partial payment | | |
| | | 67528 | 4/14/2023 | $ | 96.47 | | | |
| | | | | $ | 1,377.08 | Total Paid from Postal Account | $ | 2,834.59 |
| Protecting K9 Heroes NFP | $ 2,319.22 | 67395 | 3/23/2023 | $ | 1,511.17 | Partial payment | | |
| | | 67394 | 3/10/2023 | $ | 710.64 | | | |
| | | 67396 | 4/14/2023 | $ | 97.41 | Partial payment | | |
| | | | | $ | 2,319.22 | Total Paid from Postal Account | $ | 7,098.22 |
| Tiger Haven | $ 2,243.72 | 67471 | 3/23/2023 | $ | 1,832.21 | Partial Payment | | |
| | | 67399 | 3/2/2023 | $ | 411.51 | Partial Payment | | |
| | | | | $ | 2,243.72 | Total Paid from Postal Account | $ | 3,319.03 |
| | | | Grand Total | $ | 26,439.70 | | | |