

May 31, 2023

ZIP Mailing Services, Inc.
Suite 819 Brightseat Road
Centerpointe I
Landover, MD  20785

Dear Mr. Jackson:

As we discussed on May 22, 2023, we have credited postage accounts of the following 11 clients against invoices due to Zip Mailing Services for services provided.

Admiral Nimitz Foundation
Arabian Rescue Mission
Dreamchaser PMU Horse Rescue & Rehabilitation
Equine Voices Rescue & Sanctuary
Four Corners Equine Rescue
God's Word to the Nations Mission Society
Guardian Angels Medical Service Dogs
National Vietnam War Museum
National WASP WWII Museum
Protecting K9 Heroes
Tiger Haven

The attached spreadsheet provides the specific amounts and invoices adjusted based on the funds held by Zip in escrow for future postage expenses including the balance owed to Zip on behalf of our clients after these adjustments.  I am available to discuss if you have any questions.

Sincerely,

Tammy Cali
Tammy Cali
CEO & President


Copy to:
The United States Bankruptcy Court for the District of Maryland (Greenbelt Division)

## Summary of Postal Account Credits

| Client | Postage Balance as of 5/31/23 | Invoice Paid | Invoice date | Invoice Amount | | Remarks | Remaining amount client owes Zip for services provided | |
|---|---|---|---|---|---|---|---|---|
| Admiral Nimitz Foundation | $ 603.72 | 67198 | 1/17/23 | $ | 333.67 | | $ | - |
| | | | | $ | 333.67 | Total Paid from Postal Account | | |
| Arabian Rescue Mission, Inc. | $ 1,821.48 | 67360 | 2/2/23 | $ | 1,136.00 | | | |
| | | 67361 | 2/24/23 | $ | 317.63 | | | |
| | | 67362 | 4/28/23 | $ | 357.05 | | | |
| | | 67371 | 2/2/23 | $ | 10.80 | Partial payment | | |
| | | | | $ | 1,821.48 | Total Paid from Postal Account | $ | 1,059.99 |
| Dreamchaser PMU Horse Rescue & Rehabilitation | $ 741.88 | 67378 | 2/15/23 | $ | 741.88 | Partial payment | | |
| | | | | $ | 741.88 | Total Paid from Postal Account | $ | 8,536.76 |
| Equine Voices Rescue & Sanctuary | $ 6,677.72 | 67381 | 2/16/23 | $ | 3,774.77 | | | |
| | | 67382 | 3/17/23 | $ | 1,233.32 | | | |
| | | 67380 | 2/16/23 | $ | 1,669.63 | Partial payment | | |
| | | | | $ | 6,677.72 | Total Paid from Postal Account | $ | 4,950.72 |
| Four Corners Equine Rescue | $ 778.89 | 67508 | 4/1/23 | $ | 778.89 | Partial payment | | |
| | | | | $ | 778.89 | Total Paid from Postal Account | $ | 2,076.16 |
| God's Word to the Nations Mission Society | $ 1,231.77 | 67514 | 4/6/23 | $ | 1,231.77 | Partial payment | | |
| | | | | $ | 1,231.77 | Total Paid from Postal Account | $ | 1,936.93 |
| Guardian Angels Medical Service Dogs | $ 11,275.79 | 67497 | 4/7/23 | $ | 8,662.68 | | | |
| | | | | $ | 8,662.68 | Total Paid from Postal Account | $ | - |
| National Vietnam War Museum | $ 251.59 | 67488 | 4/12/2023 | $ | 26.04 | | | |
| | | 67489 | 4/14/2023 | $ | 210.69 | | | |
| | | 67491 | 4/28/2023 | $ | 14.86 | Partial payment | | |
| | | | | $ | 251.59 | Total Paid from Postal Account | $ | 5,152.06 |

| Payee | Amount | Check # | Date | | Amount | Note |
|---|---|---|---|---|---|---|
| National WASP WWII Museum | $ 1,377.08 | 67527 | 4/14/2023 | $ | 1,280.61 | Partial payment |
| | | 67528 | 4/14/2023 | $ | 96.47 | Partial payment |
| | | | | $ | 1,377.08 | Total Paid from Postal Account |
| Protecting K9 Heroes NFP | $ 2,319.22 | 67395 | 3/23/2023 | $ | 1,511.17 | |
| | | 67394 | 3/10/2023 | $ | 710.64 | |
| | | 67396 | 4/14/2023 | $ | 97.41 | Partial payment |
| | | | | $ | 2,319.22 | Total Paid from Postal Account |
| Tiger Haven | $ 2,243.72 | 67471 | 3/23/2023 | $ | 1,832.21 | |
| | | 67399 | 3/2/2023 | $ | 411.51 | Partial Payment |
| | | | | $ | 2,243.72 | Total Paid from Postal Account |
| | | | Grand Total | $ | 26,439.70 | |

$ 2,834.59

$ 7,098.22

$ 3,319.03