**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  YES
Exhibits Filed:  YES

PROCEEDING MEMO − CHAPTER 11

**Case: 23-13736-MCR**                                    Date: 06/01/2023 at 2:00 p.m.
**ZIP MAILING SERVICES, INC.**

Appearances:  Christopher L. Hamlin, counsel for Debtor
                        Stephen A. Metz, Subchapter V Trustee (by phone)
                        Lynn A. Kohen, Office of the United States Trustee

Also present:  Darryl Jackson, Jr., President of Debtor

[7] Motion to Use Cash Collateral, Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and Scheduling a Final H Filed by ZIP Mailing Services, Inc.. (Attachments: # 1 Exhibit Exhibit A - UCC-1 Financing Statement # 2 Exhibit B - Budget # 3 Proposed Order)

    [14] Objection on behalf of US Trustee - Greenbelt Filed by Lynn A. Kohen (related document(s)7 Motion to Use Cash Collateral filed by Debtor ZIP Mailing Services, Inc.).

[8] Motion to Pay Pre-Petition Wages,, Salaries and/or Other Compensation Filed by ZIP Mailing Services, Inc.. (Attachments: # 1 Exhibit Payroll Ledger # 2 Proposed Order)

COMMENTS:            Darryl Jackson, Jr. testified, and the Court admitted Debtor's Exhibits 1-5 and UST's Exhibits 1-2.

The Court found that the Debtor would be irreparably harmed if it is not permitted to use cash collateral on an interim basis through 6/6/23. The Debtor may use cash collateral to pay the following expenses in the budget, which the Court found are necessary to avoid irreparable harm:  (i) payroll $11,673 (due 6/2/23), (ii) independent consultant's fees $298.25 (1/4 of the monthly amount), (iii) Newco adequate protection payment $980, (iv) payroll expenses $1,175.25 (1/4 of the monthly amount), (v) office rent $8,832, (vi) utilities $2,787, (vii) copies, paper and envelopes $4,740 (1/2 of the monthly amount), and (viii) auto/maintenance/gas $500.  The Debtor may pay additional amounts and/or expenses if there is an extraordinary need and the UST and Sub V Trustee consent.

The Debtor will submit a new budget (broken down weekly) prior to the next hearing.

The Debtor must provide a copy of the cash collateral order by email or overnight delivery to the four parties claiming to have a lien on cash.

DISPOSITION:    Hearing held.  Prepetition wages motion [8] granted.  Cash collateral motion [7] granted with limitations.  Next cash collateral hearing 6/7/23 at 2:30 p.m. (in person).