Entered: September 27th, 2024
Signed: September 26th, 2024

**DENIED**

The Court has entered an order confirming the Debtor's plan. Therefore, the United States Trustee's motion to convert is denied as moot.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **23–13736 – MCR**    Chapter: **11**

**ZIP Mailing Services, Inc.**
Debtor

## ORDER CONVERTING FROM CHAPTER 11 TO A CASE UNDER CHAPTER 7 ON THE REQUEST OF THE UNITED STATES TRUSTEE

Upon consideration of the motion of the United States Trustee requesting conversion of this Chapter 11 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1112(b), and that this Chapter 11 case was commenced by the filing of a voluntary petition of the Debtor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 11 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor
      Attorney for Debtor – Christopher L. Hamlin
      Case Trustee – Stephen A. Metz
      U.S. Trustee

**End of Order**

13x03 (rev. 11/07/2005) – JenniferWhitfield*