IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| ZIP MAILING SERVICES, INC. | * | Case No: 23-13736 MCR<br>Chapter 11<br>Subchapter V |
| Debtor. | * | |
| _____ | * | |

## NOTICE OF SUBSTANTIAL CONSUMMATION UNDER DEBTOR'S FOURTH AMENDED AND RESTATED CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION

Debtor Zip Mailing Services, Inc. (the "Debtor"), through its undersigned counsel, pursuant to 11 U.S.C. § 1183(c)(2) and Local Bankruptcy Rule 3022-1, hereby files its Notice of Substantial Consummation.

The Debtor hereby certifies that the disbursements required to date under its Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization [Dkt. No.218] (the "Plan"), have been made pursuant to the terms of the Plan. To date, the Administrative Claims of the SubChapter V Trustee and Debtor's counsel have been paid in full. The Debtor has paid the priority claims in full. The Debtor has made its first quarterly payments to Administrative Claimants, Class 1, Class 2, Class 3, Class 4, Class 5 and Class 6 creditors in accordance with the Plan. The second quarterly payments to Administrative Claimants, Class 1, Class 2, Class 3, Class 4, Class 5 and Class 6 creditors will be disbursed not later than February 27, 2025, pursuant to the terms of the Plan.

All payments required under the Plan will continue to be disbursed in accordance with the Plan.

Dated: February 18, 2025

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

<u>/s/ Christopher L. Hamlin</u>
Christopher L. Hamlin (Fed Bar No. 04597)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
chamlin@mhlawyers.com
Attorneys for Debtor Zip Mailing Services, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **18th day of February 2025**, the foregoing Notice of Substantial Consummation of Fourth Amended and Restated Chapter 11, SubChapter V Plan of Reorganization was served to the parties identified below and in the manner the following:

**By CM/ECF:**
Lynn A. Kohen lynn.a.kohen@usdoj.gov
Stephen A. Metz, Esq.  smetz@offitkurman.com
Owen Hare, Esq. ohare@offitlaw
Dan Press, Esq.  dpress@chung-press.com
Michael Klima, Esq. bankruptcy@peroutkalaw.com

**By First Class Mail, Postage Pre-Paid to:**
Guardian Fund II Center-Centrepointe, LLC
c/o Guadian Realty Management ,Inc.
6000 Executive Blvd., Suite 400
North Bethesda, MD 20852

B&J International Inc.
843 Quincy Orchard, Ste. I
Gaithersburg, MD 20878

Penske Truck Leasing
7699 Wellingford Drive
Manassas, VA 20109

Wheeler Financial from Pitney Bowes ("WFPB").
215 South State St.,
Parkside Tower, Suite 320
United Health Care
185 Asylum Street 03B
Hartford, CT 06103

Berkley Mid-Atlantic Group
4820 Lake Brook Drive, Ste.300
Glen Allen VA  23060

The Hartford
1 Hartford Plaza
Hartford, CT 06115

Twin City Fire Insurance Co.
The Hartford
1 Hartford Plaza
Hartford, CT 06115

CNA c/o
The Jacobs Company 7075 Samuel Morse Drive, Ste.120
Columbia, MD 21045

MCS Services, Inc. d/b/a
Production Print Solutions
9500 Lynn Buff Court
Laurel, MD 20785

MCS Services, Inc. d/b/a
Production Print Solutions
9500 Lynn Buff Court
Laurel, MD 20785

Canon Financial Services, Inc. ("CFS").
158 Gaither Drive
Mount Laurel, NJ 08054

CIT Bank,NA
10201CenturionParkway North, Suite 100,
Jacksonville, FL 32256

TGA Landover DC, LLC
10960 Grantchester Way, Suite 540,
Columbia, MD 21044

And all creditors on the attached mailing matrix.

/s/ Christopher L. Hamlin
Christopher L. Hamlin