```
Label Matrix for local noticing            Breakout Capital, LLC                      Canon Financial Services, Inc. c/o Allison L
0416-0                                     c/o Owen Hare, Esq.                        Fleischer, Fleischer & Suglia, P.C.
Case 23-13736                              Friedman, Framme & Thrush, P.A.            601 Route 73 N., Suite 305
District of Maryland                       10461 Mill Run Circle, Ste. 550            Marlton, NJ 08053-3475
Greenbelt                                  Owings Mills, MD 21117-5555
Tue Feb 18 09:55:06 EST 2025

EBF Holdings, LLC, dba Everest Business Fund   Eberle Associates, Inc.                Eberle Communication Group, INC.
Friedman, Framme & Thrush, P.A.            Chung & Press, P.C.                        Chung & Press, P.C.
10461 Mill Run Circle, Ste. 550            6718 Whitter Ave.                          6718 Whitter Ave.
Owings Mills, MD 21117-5555                Suite 200                                  Suite 200
                                           Mc Lean, VA 22101-4531                     McLean, Va 22101-4531

Ford Motor Credit Company LLC              Ford Motor Credit Company, LLC             Ford Motor Credit Company, LLC, c/o AIS Port
c/o Michael J. Klima, Jr.                  4515 N. Santa Fe Ave. Dept. APS            4515 N Santa Fe Ave. Dept. APS
8028 Ritchie Highway                       Oklahoma City, OK 73118-7901               Oklahoma City, OK 73118-7901
Suite 300
Pasadena, MD 21122-1360

McNamee Hosea, PA                          Prince George's County, Maryland           Rapid Finance
6411 Ivy Lane                              c/o Meyers, Rodbell & Rosenbaum, P.A.      c/o LCS Financial Services Corporation
Suite 200                                  6801 Kenilworth Ave.                       6782 S Potomac St # 100
Greenbelt, MD 20770-1405                   Suite 400                                  Centennial, CO 80112-8000
                                           Riverdale Park, MD 20737-1331

TGA Landover DC LLC                        US Trustee - Greenbelt 11                  ZIP Mailing Services, Inc.
c/o McNees Wallace & Nurick LLC            6305 Ivy Lane, Suite 600                   819 Brightseat Road
600 Washington Avenue                      Greenbelt, MD 20770-6305                   Landover, MD 20785-4799
Suite 300
Towson, MD 21204-3916

ADT Security Services, Inc.                (p)AMH PRINT GROUP   LLC                   Anago of Washington, DC
3190 S. Vaughn Way                         PO BOX 518                                 Anago Franchising, Inc.
Aurora, CO 80014-3541                      MECHANICSVILLE VA 23111-0518               8400 Corporate Drive
                                                                                      Suite 260
                                                                                      Landover, MD 20785-2412

B & J International Inc.                   Bank of Amercia                            BlueCrest - Pitney Bowes
843 Quincy Orchard                         PO Box 15019                               37 Executive Drive
Suite I                                    Wilmington, DE 19850-5019                  Danbury, CT 06810-4147
Gaithersburg, MD 20878-1626

(p)U S SECURITIES AND EXCHANGE COMMISSION  (p)BREAKOUT CAPITAL   LLC                  Breakout Capital, LLC
ATLANTA REG OFFICE AND REORG               1775 TYSONS BLVD                           c/o Owen Hare, Esq.
950 E PACES FERRY RD NE STE 900            FL 5                                       Friedman, Framme & Thrush, PA
ATLANTA GA 30326-1382                      MCLEAN VA 22102-4285                       10461 Mill Run Circle, Ste. 550
                                                                                      Owings Mills, MD 21117-5555

Brink's Incorporated                       Brinks                                     (p)FIRST CITIZENS BANK AND TRUST COMPANY
555 Dividend Drive                         555 Dividend Drive                         10201 CENTURION PARKWAY N STE 100
Coppell, TX 75019-4962                     Coppell, TX 75019-4963                     JACKSONVILLE FL 32256-4114

Canon Financial Services, INC              Canon Financial Services, Inc.             Canon Financial Services, Inc.
14904 Collections Center Dr                158 Gaither Drive                          c/o Allison L. Domowitch
Chicago, IL 60693-0149                     Mount Laurel, NJ 08054-1716                Fleischer, Fleischer & Suglia, P.C.
                                                                                      601 Route 73 North, Suite 305
                                                                                      Marlton, NJ 08053-3475
```

Cintas Corporation
1769 Brightseat Road
Hyattsville, MD 20785-3767

Comcast
P.O. Box 6505
Chelmsford, MA 01824-0905

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708-2576

DMT Solutions Global Corporation d/b/a BlueC
c/o James Morgan, Howard and Howard
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604-2461

Darryl Vernon Jackson, Jr.
805 Montrose Road
Chesapeake, VA 23320-6623

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

EBF Holdings, LLC d/b/a Everest Business Fun
Michael W. Davis / DTO Law
601 S. Figueroa Street, Ste. 2130
Los Angeles, CA 90017-5729

Everst Business Funding
5 West 37th Street
Suite 1100
New York, NY 10018-6222

Felins USA, Inc.
8306 West Parkland Court
Milwaukee, WI 53223-3832

Fireline
4506 Hollins Ferry Road
Halethorpe, MD 21227-4671

First Citizens Bank & Trust Company
PO Box 593007
San Antonio, TX 78259-0200

Ford Motor Credit
P.O. Box 650575
Dallas, TX 75265-0575

Ford Motor Credit Company, LLC
c/o Michael J. Klima, Jr.
Klima, Peters & Daly, P.A.
8028 Ritchie Hwy, Ste 300
Pasadena, MD 21122-1360

General Machine Shop, Inc.
6000 Columbia Park Road
Hyattsville, MD 20785-3209

Grainger, Inc.
4748 Forbes Blvd
Lanham, MD 20706-4302

Guardian Fund II Center
438 North Frederick Ave, Ste. 450
Gaithersburg, MD 20877-2562

Harris
4931 Tesla Drive
Suite C
Bowie, MD 20715-4408

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Highland Capital Corporation
370 Pascask Road
Twp. of Washington, NJ 07676-4835

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James E. Morgan
200 S Michigan Ave
Suite 1100
Chicago, IL 60604-2461

KB Forklift Services, Inc.
4504 Wicomico Avenue
Beltsville, MD 20705-2656

Landover Shell
8555 Martin Luther King Highway
Lanham, MD 20706-1581

Liberty Capital Group, Inc.
45 Carey Avenue, Suite 200
Butler, NJ 07405-1477

MCS Services, Inc.
8101 Cessna Avenue
Gaithersburg, MD 20879-4146

Micro Computer Solutions, Inc.
8101 Cessna Avenue
Gaithersburg, MD 20879-4146

NewCo. Capital Group
90 Broad Street
Suite 903
New York, NY 10004-2230

OSM Worldwide
601 Regency Drive
Glendale Heights, IL 60139-4022

| | | |
|---|---|---|
| Penske Truck Leasing<br>7699 Wellingford Drive<br>Manassas, VA 20109-2497 | (p)PENSKE TRUCK LEASING CO  L P<br>PO BOX 563<br>READING PA 19603-0563 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton CT 06484-4361 |
| Prince George's County, Maryland<br>Office of Finance<br>1301 McCormick Drive, Ste. 1100<br>Largo, MD 20774-5416 | Rapid Finance<br>4500 East West Highway, 6th Floor<br>Bethesda, MD 20814-3327 | Rapid Finance<br>c/o LCS Financial Services Corporation<br>6782 S. Potomac St. #100<br>Centennial, CO 80112-8000 |
| Republic Services<br>300 Ritchie Road<br>Capitol Heights, MD 20743-3614 | Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |
| Steven Zakharyayev<br>10 W 37th Street, Room 602<br>New York, NY 10018-7473 | T-S Envelope LLC<br>2001 Market Street<br>Ashland, PA 17921 | TGA Landover DC LLLC<br>730 Third Ave.<br>New York, NY 10017-3206 |
| TGA Landover DC LLLC<br>Kimberly A. Manuelides. Esq.<br>Ste. 300, 600 Washington Ave.<br>Towson, MD 21204-3916 | TGA Landover DC, LLC<br>10960 Grantchester Way<br>Suite 540<br>Columbia, MD 21044-6114 | The Scale People<br>9693 Gerwig Lane<br>#C<br>Columbia, MD 21046-2849 |
| Think Ink, Inc.<br>8101 Cessna Avenue<br>Gaithersburg, MD 20879-4146 | (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 | UNG, Inc DBA Delta Telephone and Cabling<br>2131 ESPEY CT<br>STE 16<br>CROFTON, MD 21114-2471 |
| US Electrical Services, Inc.<br>3355 V Street NE<br>Washington, DC 20018-1526 | Uline<br>12757 Uline Drive<br>Pleasant Prairie, WI 53158 | Ultra Funding, LLC<br>50 Merrick Road, Suite 203<br>Rockville Centre, NY 11570-4726 |
| United Business Technoloogies<br>9218 Gaither Road<br>Gaithersburg, MD 20877-1420 | Veracore Software Solutions, Inc.<br>76 Batterson Park Road<br>Farmington, CT 06032-2571 | Wheeler Financial-Pitney Bowes<br>The Pitney Bowes Bank<br>Parkside Tower, 215 South State St., 320<br>Salt Lake City, UT 84111-2332 |
| Wheeler Financial-Pitney Bowes, Inc.<br>Pakside Tower, 215 South State Street<br>Suite 320<br>Salt Lake City, UT 84111 | Wroe Electronic Repairs<br>P.O. Box 55<br>Glyndon, MD 21071-0055 | Xerox Corporation<br>P.O. Box 660501<br>Dallas, TX 75266-0501 |
| Christopher L. Hamlin<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770-1416 | Stephen A. Metz<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814-6604 | Steven L. Goldberg<br>McNamee Hosea<br>6404 Ivy Lane, Suite 820<br>Ste 200<br>Greenbelt, MD 20770-1416 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMH Print Group, LLC<br>P.O. Box 518<br>Mechanicsville, VA 23111 | Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Breakout Capital, LLC<br>1451 Dolley Madison Avenue<br>Suite 200<br>Mc Lean, VA 22101 |
| CIT Finance, LLC<br>10201 Centurion Parkway North<br>Suite 100<br>Jacksonville, FL 32256 | Comptroller of Maryland<br>Compliance Division<br>301 West Preston Street, Room 409<br>Baltimore, MD 21201 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 |
| Headway Capital<br>175 W. Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | Penske Truck Leasing Co, LP<br>PO Box 563<br>Reading PA 19603 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America<br>INVALID ADDRESS PROVIDED | (d)Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | (u)Eberle Associates, Inc.<br>INVALID ADDRESS PROVIDED |
| (d)First Citizens Bank & Trust Co<br>10201 Centurion Parkway N, Suite 100<br>Jacksonville, FL 32256-4114 | (d)Ford Motor Credit Company, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Ste. 400<br>Riverdale Park, MD 20737-1331 |
| (d)T-S Envelope, LLC<br>2001 Market Street<br>Ashland, PA 17921 | End of Label Matrix<br>Mailable recipients    89<br>Bypassed recipients     7<br>Total                  96 | |