IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| ZIP Mailing Services, Inc. | Chapter 11<br>Case No. 23-13736 |
| Debtor(s) | |

## LINE WITHDRAWING
## PRINCE GEORGE'S COUNTY, MARYLAND'S
## PROOF OF CLAIM FILED 3/15/2024 IN THE AMOUNT OF $2,962.69
## FOR FISCAL YEAR 2024 PERSONAL PROPERTY TAXES
## ASSIGNED TAX ACCOUNT NO. 20 2603744 05

Dear Clerk:

PLEASE WITHDRAW Prince George's County, Maryland's Proof of Claim filed 3/15/2024 in the amount of $2,962.69 for Fiscal Year 2024 Personal Property Taxes assigned Tax Account No. 20 2603744 05 filed herein.

MEYERS, RODBELL & ROSENBAUM, P.A.

By:/s/Nicole C. Kenworthy
Nicole C. Kenworthy
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385
301-699-5800
Attorneys for Prince George's County, Maryland

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2025 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Stephen A. Metz, Esquire
Chapter 11 Trustee
Offit Kurman, PA
7501 Wisconsin Ave., Ste. 1000W
Bethesda, MD 20814-
smetz@offitkurman.com

Christopher Hamlin, Esquire
McNamee Hosea
6404 Ivy Lane, Ste. 820
Greenbelt, MD 20770

/s/Nicole C. Kenworthy
Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net