## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| ZIP MAILING SERVICES, INC. | * | CASE NO.: 23-1-3736-MCR (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### FORD MOTOR CREDIT COMPANY LLC'S NOTICE OF DEFAULT

Ford Motor Credit Company LLC, a Creditor and holder of a claim against the Debtor classified as Class 5, files it Notice of the Debtor's default in distributions on its claim, pursuant to Article XVI, Section 16.08 of the Debtor's Confirmed Chapter 13 Plan and the Line Attaching Amended Cash Flow Projections In Connection With Fourth Amended Chapter 11 Plan filed on September 12, 2024 at docket number 222.  Ford Motor Credit Company LLC submits the Debtor is in default in distributions on its claim in the amount of $3,363.00 as shown by the attached payment history.

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.  #25562
8028 Ritchie Highway, Ste 300
Pasadena, MD 21122
410-768-2280
Attorney for Movant
Attorney File No.: 23-19298-0

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of January, 2026, a copy of the foregoing Notice of Default was mailed, by first class mail postage prepaid to:

Zip Mailing Services, Inc.
819 Brightseat Road
Landover, Maryland 20785

Christopher Hamlin, Esq.
6411 Ivy Lane
Ste 200
Greenbelt, MD 20770

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

L. Jeanette Rice
Office of the U. S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.