ZIP MAILING SERVICES, INC
Payment History
1620329

| Date Due | Pmt Amt Due | Date Pmt Made | Pmt Made | Difference | Status of Pmts Made |
|---|---|---|---|---|---|
| 11/1/2024 | 1681.5 | 12/10/2024 | 1681.5 | $0.00 | $0.00 |
| 2/1/2025 | 1681.5 | 3/25/2025 | 1681.5 | $0.00 | $0.00 |
| 5/1/2025 | 1681.5 | 6/30/2025 | 1681.5 | $0.00 | $0.00 |
| 8/1/2025 | 1681.5 | | | ($1,681.50) | ($1,681.50) |
| 11/1/2025 | 1681.5 | | | ($1,681.50) | ($3,363.00) |