**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| ZIP MAILING SERVICES, INC. | * | CASE NO.: 23-1-3736-MCR (Chapter 11) |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**WITHDRAWAL OF FORD MOTOR CREDIT COMPANY LLC'S NOTICE OF DEFAULT**

Ford Motor Credit Company LLC hereby withdraws its Notice of Default filed on January 12, 2026 at docket number 245.

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.  #25562
8028 Ritchie Highway, Ste 300
Pasadena, MD 21122
410-768-2280
Attorney for Movant
Attorney File No.: 23-19298-0

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of January, 2026, a copy of the foregoing Withdrawal of Notice of Default was mailed, by first class mail postage prepaid to:

Zip Mailing Services, Inc.
819 Brightseat Road
Landover, Maryland 20785

Christopher Hamlin, Esq.
6411 Ivy Lane
Ste 200
Greenbelt, MD 20770

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

L. Jeanette Rice
Office of the U. S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.