**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

-------------------------------------------------------------X
In re:                                              :          **Chapter 11**
                                                    :
**ZIP Mailing Services, Inc.**                      :          **Case No. 23-13736**
               **Debtor.**                          :
                                                    :
-------------------------------------------------------------X


**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR CREDITORS**
**EBERLE ASSOCIATES, INC. AND EBERLE COMMUNICATIONS GROUP**
**INC.**


Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.


                            _/s/ Daniel M. Press_____
                            Daniel M. Press, #07300
                            Law Offices of Daniel M. Press
                            201 Washington St.
                            Cumberland MD 21502
                            (703) 725-7600
                            dan@danpress.us

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, counsel for Debtor, and all parties requesting notice by CM/ECF, as follows:

Steven L. Goldberg sgoldberg@mhlawyers.com,
sgoldberg@ecf.inforuptcy.com,
Goldberg.SteveR92003@notify.bestcase.com,
cmartin@mhlawyers.com

Christopher L. Hamlin chamlin@mhlawyers.com,
mevans@mhlawyers.com,
chamlin@ecf.inforuptcy.com,
Hamlin.ChristopherR92003@notify.bestcase.com,
cmartin@mhlawyers.com

Owen Glen Hare ohare@fftlaw.com,
ohare@harelawgroup.com,
owenhare1@gmail.com,
lramsey@fftlaw.com,
mtownsend@fftlaw.com

Nicole C. Kenworthy bdept@mrrlaw.net

Michael J. Klima bankruptcy@peroutkalaw.com

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Kimberly A. Manuelides kmanuelides@mcneeslaw.com

Stephen A. Metz smetz@offitkurman.com,
mmargulies@offitkurman.com,
MD71@ecfcbis.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

     /s/ Daniel M. Press_____
     Daniel M. Press

2