**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| **ZIP MAILING SERVICES, INC.** | * | **Case No: 23-13736 MCR**<br>**Chapter 11**<br>**Subchapter V** |
| **Debtor.** | * | |
| ______________________________ | * | |

**DEBTOR'S FIRST POST-CONFIRMATION PROGRESS REPORT PURSUANT TO FOURTH AMENDED AND RESTATED CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION**

Debtor Zip Mailing Services, Inc. (the "Debtor"), pursuant to Local Bankruptcy Rule 3022-1(a)(2), hereby files its First Post-Confirmation Progress Report, and states as follows:

1. Debtor Zip Mailing Services, Inc. (the "Debtor") obtained confirmation of its Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization [Dkt. No.218] (the "Plan"), pursuant to the Court's ( Ruark, J.) Order Confirming Debtor's Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization dated September 27, 2024 [Dkt. No.227] (the "Order"). In general, Debtor's Plan provides for payments to creditors to be provided in twenty (20) consecutive quarterly installments, commencing within thirty (30) days of the Effective Date.

2. For the period from September 27, 2024 through March 27, 2025, Debtor provided the following quarterly payments under the Plan:

(i) November 27, 2024: $49,769.90

(ii) February 27, 2024: $34,090.74

3. In addition, during this period, the Administrative Claims of the SubChapter V Trustee and Debtor's counsel were paid in full. The Debtor also paid the priority claims in full. The Debtor also made its first and second quarterly payments to Administrative Claimants, Class 1, Class 2, Class 3, Class 4, Class 5 and Class 6 creditors in accordance with the Plan.

Zip Mailing Service, Inc.
/s/ *Darryl Jackson, Jr.*___________________
By: Darryl Jackson, Jr., President

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

**/s/ Christopher L. Hamlin**
Christopher L. Hamlin (Fed Bar No. 04597)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
chamlin@mhlawyers.com
Attorneys for Debtor Zip Mailing Services, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **28th day of August 2026**, the foregoing Debtor's First Post-Confirmation Progress Report Fourth Amended and Restated Chapter 11, SubChapter V Plan of Reorganization was served to the parties identified below and in the manner the following:

**By CM/ECF:**
Jeanette Rice, Asst. US Trustee Jeanette.Rice@usdoj.gov
Stephen A. Metz, Esq. smetz@offitkurman.com
Owen Hare, Esq. ohare@offitlaw
Dan Press, Esq. dpress@chung-press.com
Michael Klima, Esq. bankruptcy@peroutkalaw.com

/s/ Christopher L. Hamlin_
Christopher L. Hamlin