**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| **ZIP MAILING SERVICES, INC.** | * | **Case No: 23-13736 MCR**<br>**Chapter 11**<br>**Subchapter V** |
| **Debtor.** | * | |
| | * | |

**DEBTOR'S SECOND POST-CONFIRMATION PROGRESS REPORT PURSUANT TO FOURTH AMENDED AND RESTATED CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION**

Debtor Zip Mailing Services, Inc. (the "Debtor"), pursuant to Local Bankruptcy Rule 3022-1(a)(2), hereby files its Second Post-Confirmation Progress Report, and states as follows:

1. Debtor Zip Mailing Services, Inc. (the "Debtor") obtained confirmation of its Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization [Dkt. No.218] (the "Plan"), pursuant to the Court's ( Ruark, J.) Order Confirming Debtor's Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization dated September 27, 2024 [Dkt. No.227] (the "Order"). In general, Debtor's Plan provides for payments to creditors to be provided in twenty (20) consecutive quarterly installments, commencing within thirty (30) days of the Effective Date.

2. For the period from through March 28, 2025 through September 27, 2025, Debtor provided the following quarterly payment under the Plan:

(i) May 27, 2025: $36,424.03

(ii) August 27, 2025: $33,953.49

3. The Debtor made its third and fourth quarter Plan payments as stated above during this reporting period, in accordance with the Plan.

Zip Mailing Service, Inc.
/s/_*Darryl Jackson, Jr.*____________________
By: Darryl Jackson, Jr., President

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

**/s/ Christopher L. Hamlin**
Christopher L. Hamlin (Fed Bar No. 04597)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
chamlin@mhlawyers.com
Attorneys for Debtor Zip Mailing Services, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **28th day of August 2026**, the foregoing Debtor's Second Post-Confirmation Progress Report Pursuant to Fourth Amended and Restated Chapter 11, SubChapter V Plan of Reorganization was served to the parties identified below and in the manner the following:

**By CM/ECF:**
Jeanette Rice, Asst. US Trustee Jeanette.Rice@usdoj.gov
Stephen A. Metz, Esq. smetz@offitkurman.com
Owen Hare, Esq. ohare@offitlaw
Dan Press, Esq. dpress@chung-press.com
Michael Klima, Esq. bankruptcy@peroutkalaw.com

/s/ Christopher L. Hamlin_
Christopher L. Hamlin