**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| **ZIP MAILING SERVICES, INC.** | * | **Case No: 23-13736 MCR**<br>**Chapter 11**<br>**Subchapter V** |
| **Debtor.** | * | |
| | * | |

**DEBTOR'S THIRD POST-CONFIRMATION PROGRESS REPORT PURSUANT TO FOURTH AMENDED AND RESTATED CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION**

Debtor Zip Mailing Services, Inc. (the "Debtor"), pursuant to Local Bankruptcy Rule 3022-1(a)(2), hereby files its Third Post-Confirmation Progress Report, and states as follows:

1. Debtor Zip Mailing Services, Inc. (the "Debtor") obtained confirmation of its Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization [Dkt. No.218] (the "Plan"), pursuant to the Court's ( Ruark, J.) Order Confirming Debtor's Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization dated September 27, 2024 [Dkt. No.227] (the "Order"). In general, Debtor's Plan provides for payments to creditors to be provided in twenty (20) consecutive quarterly installments, commencing within thirty (30) days of the Effective Date.

2. For the period from September 28, 2025 through March 28, 2026 Debtor provided the following quarterly payment under the Plan:

(i) November 27, 2025: $25,578.68 (paid on Jan.14, 2026)

3. Debtor was not able to provide the quarterly payment due February 27, 2026 based on an unexpected reduction in revenue. Specifically, Debtor's contract for processing and

mailing speeding violation notices for Montgomery County, Maryland was cancelled due to a cutback in governmental funding. This surprise cancellation caused a decline in Debtor's revenues and resulted in a suspension of Debtor's Plan payments.

4. Debtor intends to resume Plan payments with the payment due November 27, 2026. Debtor anticipates obtaining a contract for processing and mailing State of Maryland speeding violation notices as early as October, 2026. The revenues from this contract will allow Debtor to resume Plan payments. Debtor is also in the process of hiring a sales representative to increase revenues. Debtor may also obtain funding from an investor to aid in its business operations. Debtor will provide additional payments to bring the Plan payments current during the term of the Plan.

Zip Mailing Service, Inc.
/s/_*Darryl Jackson, Jr.*____________________
By: Darryl Jackson, Jr., President

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

**/s/ Christopher L. Hamlin**
Christopher L. Hamlin (Fed Bar No. 04597)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
chamlin@mhlawyers.com
Attorneys for Debtor Zip Mailing Services, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **28th day of August 2026**, the foregoing Debtor's Third Post-Confirmation Progress Report Pursuant to Fourth Amended and Restated Chapter 11, SubChapter V Plan of Reorganization was served to the parties identified below and in the manner the following:

**By CM/ECF:**
Jeanette Rice, Asst. US Trustee Jeanette.Rice@usdoj.gov
Stephen A. Metz, Esq. smetz@offitkurman.com
Owen Hare, Esq. ohare@offitlaw
Dan Press, Esq. dpress@chung-press.com
Michael Klima, Esq. bankruptcy@peroutkalaw.com

/s/ Christopher L. Hamlin_
Christopher L. Hamlin