**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| **ZIP MAILING SERVICES, INC.** | * | **Case No: 23-13736 MCR**<br>**Chapter 11**<br>**Subchapter V** |
| **Debtor.** | * | |
| | * | |

**DEBTOR'S POST-CONFIRMATION STATUS REPORT**

Debtor Zip Mailing Services, Inc. (the "Debtor"), pursuant to Local Bankruptcy Rule 3022-1(a)(2), hereby files its Post-Confirmation Status Report, and states as follows:

1. Debtor Zip Mailing Services, Inc. (the "Debtor") obtained confirmation of its Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization [Dkt. No.218] (the "Plan"), pursuant to the Court's ( Ruark, J.) Order Confirming Debtor's Fourth Amended and Restated Chapter 11, SubChapter V, Plan of Reorganization dated September 27, 2024 [Dkt. No.227] (the "Order"). In general, Debtor's Plan provides for payments to creditors to be provided in twenty (20) consecutive quarterly installments, commencing within thirty (30) days of the Effective Date.

2. Debtor provided the quarterly Plan payments beginning with the November 27, 2024 payment. Pursuant to its first Plan payment, the Administrative Claims of the SubChapter V Trustee and Debtor's counsel were paid in full. The Debtor also paid the priority claims in full. The Debtor also made its first and second quarterly payments to Administrative Claimants, Class 1, Class 2, Class 3, Class 4, Class 5 and Class 6 creditors in accordance with the Plan.

3. Debtor thereafter provided quarterly payments through the November 27, 2025 payment. During July 2025, Debtor's contract for processing and mailing speeding violation notices for Montgomery County, Maryland was cancelled due to a cutback in governmental funding. This surprise cancellation caused a decline in Debtor's revenues and resulted in a suspension of Debtor's Plan payments.

4. Despite this setback, Debtor has continued its business operations. Debtor has five (5) full-time employees and ten (10) part-time employees. Debtor anticipates obtaining a contract for processing and mailing State of Maryland speeding violation notices as early as October, 2026. The revenues from this contract will allow Debtor to resume Plan payments. Debtor is also in the process of hiring a sales representative to increase revenues. Debtor may also obtain funding from an investor to aid in its business operations.

5. Debtor intends to resume Plan payments with the payment due November 27, 2026. Debtor will also provide additional payments to bring the Plan payments current during the term of the Plan. Debtor is fully committed to providing the payments due to creditors in accordance with the Plan and achieving its successful reorganization.

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

**/s/ Christopher L. Hamlin**
Christopher L. Hamlin (Fed Bar No. 04597)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
chamlin@mhlawyers.com
Attorneys for Debtor Zip Mailing Services, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **28th day of August 2026**, the foregoing Debtor's Post-Confirmation Status Report was served to the parties identified below and in the manner the following:

**By CM/ECF:**
Jeanette Rice, Asst. US Trustee Jeanette.Rice@usdoj.gov
Stephen A. Metz, Esq. smetz@offitkurman.com
Owen Hare, Esq. ohare@offitlaw
Dan Press, Esq. dpress@chung-press.com
Michael Klima, Esq. bankruptcy@peroutkalaw.com

/s/ Christopher L. Hamlin_
Christopher L. Hamlin