| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br><br>**In re:**<br>ZIP MAILING SERVICES, INC | **CASE NO:** 23-13736 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☐ Debtor ☐ Joint-Debtor ■ Creditor

2. **Old Address:**
   Name(s): Rapid Finance
   Mailing Address: c/o LCS Financial Services Corporation
   City, State, Zip Code: 6782 S Potomac St # 100 Centennial, CO 80112

3. **New Address:**
   Name(s): Rapid Finance
   Mailing Address: c/o LCS Financial Services Corporation
   City, State, Zip Code: PO Box 3318 Englewood, CO 80155-3318
   **Telephone Number(s):** 866-662-9087

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number ______________________
   Joint Debtor's account number______________________

Date: 11/6/2026

Renee L Brinkley
Requestor's printed name(s)

Renee L Brinkley
Requestor's signature(s)

Bankruptcy Specialist, III
Title (If applicable, of corporate officer, partner, or agent)

Updated: June 2018